IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROGER LAW, | ) | |
| | ) | |
| Petitioner, | ) | Case No.  CR-01-027-E-BLW |
| | ) | CV-04-197-E-BLW |
| vs. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Based upon the Court's Order filed herewith and its prior Memorandum

Decision and Order, IT IS HEREBY ORDERED AND ADJUDGED that the

Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

Sentence (Docket No. 75) filed by ROGER LAW is DENIED and Case No. CV-

04-197-E-BLW is DISMISSED with prejudice.

DATED:  **March 13, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

Judgment - 1